IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALONZO GLEASON and
FEDEX FREIGHT, INC., a foreign
corporation doing business in New Mexico,

    Plaintiffs,

vs.                                                 Case No.: CIV 12-437 CG/KBM

VICTOR SAVINE, personally and as an
agent and Representative of SPARKLING
SNOW, INC., OLEH YURLYOVYCH SICHKAR,
personally and as an agent and Representative
of SPARKLING SNOW, INC. and SPARKLING
SNOW, INC., a foreign corporation doing
business in New Mexico,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on the Parties' *Stipulated Motion for Dismissal with Prejudice.* (Doc. 112). The Court, being advised that the Parties have compromised and settled all issues in dispute between themselves, and being otherwise fully advised in the premises, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Parties' *Stipulated Motion for Dismissal with Prejudice*, (Doc. 112), be, and the same hereby is **GRANTED**, and all claims raised or which could have been raised herein by the Parties, are hereby **DISMISSED WITH PREJUDICE**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved by:

*Approval telephonically 1/31/2014*
William "Bo" Frazier
Attorney for Co-Plaintiff Alonzo Gleason


*/s/ Matthew S. Rappaport*
Matthew S. Rappaport
Attorneys for Plaintiff FedEx Freight, Inc.


*Approval via email 1/31/2014*
Scott D. Sweeney
Attorneys for Defendants